THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY, *et al.*, | CASE NO. C18-1635-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION (FBI), | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to stay the case (Dkt. No. 16). Finding good cause, the motion is GRANTED. The case is STAYED until appropriations have been restored to Defendant. All deadlines shall be EXTENDED commensurate with the duration of the lapse of appropriations.

DATED this 15th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk