THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>               Plaintiffs,<br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>               Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a status conference (Dkt. No. 18) and Defendant's notice of received appropriations (Dkt. No. 19). The status conference, currently set for February 26, 2019 is RESET to March 5, 2019 at 9:00 a.m. The stay on the case is LIFTED.

DATED this 30th day of January 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk