THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA, | CASE NO. C18-1635-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION (FBI), | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for entry of a proposed scheduling order (Dkt. No. 41.) The Court hereby GRANTS the motion and ORDERS as follows:

1. Defendant must file its reply in support of its motion for a protective order (Dkt. No. 29) by December 20, 2019. The Clerk is DIRECTED to re-note the motion for December 20, 2019.

2. In support of Plaintiffs' partial motion for summary judgment (Dkt. No. 23) and in opposition to Defendant's cross-motion for summary judgment (Dkt. No. 34), Plaintiffs must file one joint opposition and reply by January 10, 2020. Defendant

must file its reply no later than January 24, 2020. The clerk is DIRECTED to re-note both motions for January 24, 2020.

DATED this 12th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
