THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION (FBI), <br><br> Defendant. | CASE NO. C18-1635 <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to re-note Plaintiff's motion for partial summary judgment and Defendants' cross-motion for summary judgment (Dkt No. 48). The Court hereby GRANTS the motion ORDERS as follows:

1. The Clerk is DIRECTED to re-note Plaintiff's partial motion for summary judgment (Dkt. No. 23) and Defendant's cross-motion for summary judgment (Dkt. No. 34) for the Court's consideration on February 28, 2020.

2. Defendant's must file their reply to Plaintiff's motion by February 28, 2020.

//

//

MINUTE ORDER
C18-1635
PAGE - 1

DATED this 22nd day of January 2020.

<u>William M. McCool</u><br>
Clerk of Court<br>
<br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C18-1635
PAGE - 2