THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>　　　　　　　Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' third stipulated motion regarding Plaintiffs' partial motion for summary judgment and the FBI's cross-motion (Dkt. No. 73). The Court hereby GRANTS the motion and ORDERS the FBI to file a status report regarding the status of re-processing by May 27, 2020. The Court further ORDERS that all dispositive motions must be filed by July 26, 2020.

//

//

//

//

MINUTE ORDER
C18-1635-JCC
PAGE - 1

DATED this 30th day of April 2020.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk

MINUTE ORDER
C18-1635-JCC
PAGE - 2