THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA, <br><br> Plaintiffs, <br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION (FBI), <br><br> Defendant. | CASE NO. C18-1635-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' fourth stipulated motion regarding Plaintiffs' partial motion for summary judgment and the FBI's cross-motion (Dkt. No. 77). The Court hereby GRANTS the motion and ORDERS the FBI to file a status report by June 10, 2020, regarding the parties' discussions about a deadline for the FBI's reply and re-noting dates for Plaintiff's partial motion for summary judgment (Dkt. No. 23) and the FBI's cross-motion (Dkt. No. 34).

//

//

//

MINUTE ORDER
C18-1635-JCC
PAGE - 1

1   DATED this 23rd day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk