THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>                Plaintiffs,<br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>                Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' fifth status update and stipulated motion (Dkt. No. 79). The Court hereby GRANTS the motion and ORDERS as follows:

1. Defendants must file their reply to Plaintiff's partial motion for summary judgment by July 24, 2020;

2. The Clerk is DIRECTED to re-note Plaintiff's partial motion for summary judgment (Dkt. No. 23) for the Court's consideration on July 24, 2020;

3. Defendants must file the complete *Vaughn* index by July 23, 2020; and

4. The parties must file all dispositive motions by July 30, 2020.

//

MINUTE ORDER
C18-1635-JCC
PAGE - 1

1  DATED this 24th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1635-JCC
PAGE - 2