THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION (FBI), <br><br> Defendant. | CASE NO. C18-1635-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for an order extending certain pretrial deadlines and the trial date (Dkt. No. 80.) Defendant asks the Court to harmonize the trial date with the Court's chambers procedures, which ordinarily sets the dispositive motion cutoff 90 days prior to the trial date. *Judge John C. Coughenour Chambers Procedures*, https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour2; (Dkt. No. 80 at 1–2). The Court finds good cause to move the trial date to roughly 90 days after the current dispositive motions deadline. Those additional days are needed to allow for time between the trial date and the Court's rulings on any dispositive motions.

Defendant also asks the Court to move the deadline for filing the proposed pretrial order

MINUTE ORDER
C18-1635-JCC
PAGE - 1

and trial briefs to match the new trial date. (Dkt. No. 80 at 1–2.) The Court finds good cause to move those deadlines as well. The Court sets the deadlines for filing the proposed pretrial order and trial briefs close to the trial date so that those filings accurately reflect the state of the case following the Court's rulings on dispositive motions and the parties' preparations for trial.

For the foregoing reasons, the Court GRANTS Defendant's motion (Dkt. No. 80) and ORDERS as follows:

1. The date for the non-jury trial in this case is October 26, 2020;
2. The deadline for filing the proposed pretrial order is October 16, 2020; and
3. The deadline for filing trial briefs is October 22, 2020.

DATED this 10th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
