THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>　　　　　　　　Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding pretrial and trial deadlines (Dkt. No. 106). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion in part. The Court ORDERS as follows:

1. The October 26, 2020 bench trial and remaining pretrial deadlines are STRICKEN. Unless the Court's disposition of the pending motions for summary judgment renders a trial unnecessary, the parties are ORDERED to file a joint status report within 21 days of the Court's resolution of the pending summary judgment motions addressing: (1) a proposed trial date, (2) whether the parties are willing to proceed with a remote bench trial, and (3) whether the parties are willing to proceed before a Magistrate Judge.

2. The parties are ORDERED to submit additional briefing regarding Plaintiffs' request for an Agreed and Disputed Statement of Facts. The supplemental briefing shall address the FBI's supplemental productions and the parties' views on whether and how an Agreed and Disputed Statement of Facts will assist the Court in deciding the pending summary judgment motions.

Plaintiffs shall file an opening brief of no more than four pages by September 18, 2020. Defendant shall respond with a brief of no more than four pages by September 25, 2020. Plaintiff may submit an optional reply of no more than two pages by September 30, 2020.

3. The Court takes Plaintiffs' request for oral argument under advisement. In accordance with Local Rule 7(b)(4), if a request for oral argument is granted, the clerk will notify the parties of the date, time, and medium for argument.

DATED this 14th day of September 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk