THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY, and SHARON MAEDA,<br><br>               Plaintiffs,<br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>               Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having considered the parties' supplemental briefing (Dkt. Nos. 109–112), Plaintiffs' request that the Court order the parties to file an Agreed and Disputed Statement of Facts (Dkt. No. 106) is DENIED.

DATED this 5th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1635-JCC
PAGE - 1