THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>                    Plaintiffs,<br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>                    Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. There are four motions for summary judgment before the Court (Dkt. Nos. 23, 34, 92, 94). Many of the issues addressed in the motions have since been mooted, by virtue of this Court's order denying Plaintiffs' motion to strike the FBI's *Glomar* defense (Dkt. No. 96) and the FBI's subsequent document productions. In the interest of judicial economy, the Court ORDERS the following:

- The Clerk is DIRECTED to terminate all outstanding motions for summary judgment (Dkt. Nos. 23, 34, 92, 94) in this matter.

- By no later than January 31, 2021, the FBI is ORDERED to certify to the Court that it has identified and produced all documents responsive to Plaintiffs' June 16, 2015 FOIA

request (Dkt. No. 1-1 at 2–8) and provided Plaintiffs with a final comprehensive *Vaughn* index.

- No later than fourteen (14) days following the date of this certification, the parties are ORDERED to meet and confer telephonically or in person and provide the Court with a Joint Status Report ("JSR"). The JSR should include a proposed briefing schedule for final cross-motions for summary judgment in this matter.

- Any requests to file overlength briefs pursuant to W.D. Wash. Local Civil Rule 7(f) should be contained within the JSR. Separate motions are not necessary. If the parties are unable to agree on any part of the JSR, they may answer in separate paragraphs; no separate JSRs are to be filed.

- All declarations and exhibits previously filed in this matter remain available for the parties' use in their final briefing and are preferred over duplicative newly-filed declarations and exhibits. The parties should reference those previously-filed declarations and exhibits by docket number and page number, i.e., Dkt. No. ___ at ___.

DATED this 23rd day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
