THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>　　　　　　　Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and stipulated motion regarding further briefing (Dkt. No. 116.) The parties represent that they may be able to narrow the issues in need of the Court's resolution and request that the Court allow them additional time to do so before setting a final briefing schedule. (*Id.*) Having reviewed the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS the parties to file a status report or a proposed final briefing schedule on or before March 5, 2021.

//

//

MINUTE ORDER
C18-1635-JCC
PAGE - 1

1 | DATED this 17th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk