THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>　　　　　　　Defendant. | CASE NO. C18-1635-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' joint status report and stipulated motion regarding further briefing (Dkt. No. 118.) The parties represent that they may be able to narrow the issues in need of the Court's resolution and request that the Court allow them additional time to do so before setting a final briefing schedule. (*Id.*) Having reviewed the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as fol1ows:

　　　　Should the parties be unable to completely resolve any remaining disputes between them by March 31, 2021, then the parties shall adhere to the following cross-motion schedule:

　　　　　　a.　Plaintiffs shall file their final substantive dispositive motion by April 9, 2021,

MINUTE ORDER
C18-1635-JCC
PAGE - 1

limited to 30 pages.

    b. Defendant shall file its opposition and cross-motion by April 30, 2021, limited to 30 pages.

    c. Plaintiffs shall file their reply and opposition by May 7, 2021, limited to 15 pages.

    d. Defendant shall file its reply by May 21, 2021, limited to 15 pages.

2. If no summary judgment motions are necessary, due to resolution of all such issues, then Plaintiffs will file their motion for reasonable attorneys' fees by April 16, 2021. Otherwise, Plaintiffs' motion for reasonable attorneys' fees shall be filed no later than 14 days following the Court's ruling on final summary judgment cross-motions.

3. The Court adopts this schedule without prejudice to Plaintiffs' right to file a timely motion pursuant to 5 U.S.C § 552(a)(4)(F) for relief requested in the Corrected Complaint (Dkt. No. 14).

DATED this 17th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-1635-JCC
PAGE - 2