THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION (FBI), <br><br> Defendant. | CASE NO. C18-1635-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion proposing a briefing schedule and page limitations for Plaintiffs' forthcoming motion for attorney fees and costs (Dkt. No. 120.) Having reviewed the stipulated motion and the relevant record and finding good cause, the Court hereby ADOPTS the briefing schedule and page limitations set forth in the parties' stipulation and ORDERS the parties to comply with them.

//
//
//
//

MINUTE ORDER
C18-1635-JCC
PAGE - 1

1 | DATED this 15th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk