UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY and SHARON MAEDA, <br><br> Plaintiffs, <br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION (FBI), <br><br> Defendant. | CASE NO. C18-1635-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule on Plaintiffs' motion for attorney fees and costs due to arithmetic errors in the Declaration in Michael Withey (Dkt. No. 133). Having reviewed the stipulated motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and EXTENDS Defendant's response deadline until May 19, 2021 and Plaintiffs' reply deadline until May 26, 2021. The Court DIRECTS the Clerk to renote Plaintiffs' motion for attorney fees (Dkt. No. 122) for consideration on May 26, 2021.

//

//

DATED this 13th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-1635-JCC
PAGE - 2