THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. WITHEY, and SHARON MAEDA;<br><br>Plaintiffs,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION (FBI),<br><br>Defendant. | Case No. 2:18-CV-01635-JCC<br><br>SIXTH DECLARATION OF MICHAEL G. SEIDEL |

I, Michael G. Seidel, declare that the following statements are true and correct to the best of my knowledge and are based on my own personal knowledge, on information contained in the records of the Federal Bureau of Investigation ("FBI"), or on information supplied to me by employees under my supervision. If called upon to testify, I would testify competently to the facts set forth in this declaration.

1. I am the Section Chief of the Record/Information Dissemination Section ("RIDS"), Information Management Division ("IMD"), FBI, Winchester, Virginia. My previous declaration dated July 30, 2020 explained my employment history and responsibilities at the FBI. *See* ECF No. 95, Second Declaration of Michael G. Seidel (hereafter referred to as "Second

DECLARATION OF MICHAEL G. SEIDEL
[2:18-CV-01635-JCC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  Seidel Declaration").

2      2.    This declaration supplements the Fifth Declaration of Michael G. Seidel (ECF 115) as well as the previous declarations in this case described in ¶ 2 of that declaration. The background of this matter is set forth in these prior declarations and will not be fully recounted. Only information directly relevant to this declaration has been repeated or referenced.

3      3.    The FBI submits this declaration in further support of its Opposition to Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs, ECF 122. This declaration provides the Court and Plaintiffs with information regarding the scope of the ten releases of information made in this case.

4      4.    On May 1, 2019, the FBI made its first litigation release,[1] addressing Bates-numbered pages 18-cv-01635-1 through 18-cv-01635-513. This reflects the first release of records located from the FBI's index search for responsive main and cross reference files, as further described in the First Hardy Declaration, ECF 30 ¶¶ 42-46 and Third Hardy Declaration, ECF 43 ¶¶ 3-8. **(Ex. A.)**

5      5.    On May 31, 2019, the FBI made its second release, addressing Bates-numbered pages 18-cv-01635-104(1)-104(4), 108(1)-108(4), 119(1), 127(1)-127(6), 129(1)-129(6), 134(1)-134(2), 148(1)-148(4), 149(1), 162(1), 182(1), 187(1)-187(3), 189(1), 198(1), 207(1), 208(1), 215(1), 217(1), 218(1), 236(1), 236(2), as well as 18-cv-01635-514 through 18-cv-01635-695. This reflects the second release of records located from the FBI's index search for responsive main and cross reference files, as further described in the First Hardy Declaration, ECF 30 ¶¶ 42-

---

[1] The first and second litigation releases included the reprocessing and Bates stamping of 658 pages that the FBI had previously processed and released to Plaintiffs prior to Plaintiffs' appeal and litigation. The nonexempt portions of those records had been provided to Plaintiffs by letter dated April 26, 2018. *See* ECF 30-17. They were re-released to Plaintiffs again through the first and second litigation releases.

DECLARATION OF MICHAEL G. SEIDEL  
[2:18-CV-01635-JCC] - 2

UNITED STATES ATTORNEY  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
206-553-7970

46 and Third Hardy Declaration, ECF 43 ¶ 7.  (**Ex. B.**)

6. On November 20, 2019, the FBI made its third release, addressing Bates-numbered pages 18-cv-01635-696 through 18-cv-01635-705. This production reflects pages from FBI file number 195B-SE-11 that mention Mr. Levane Forsythe.  (**Ex. C.**); *see also* First Hardy Decl., ECF 30 ¶ 49; Third Hardy Decl., ECF 43 ¶ 9.

7. On January 16, 2020, the FBI made its fourth release, addressing Bates-numbered pages 18-cv-01635-706 through 18-cv-01635-725. This production reflects pages from FBI file 46-HQ-15639, the file inadvertently accessioned to NARA and subsequently copied and released by the FBI. (**Ex. D.**); *see also* First Hardy Decl., ECF 30 ¶ 45; Third Hardy Decl., ECF 43 ¶ 15.

8. On May 26, 2020, the FBI made its fifth release, addressing Bates-numbered pages 18-cv-01635-101, 103, 110-113, 114, 119, 120-122, 124-125, 130-132, 134, 138, 142, 149, 180-181, 186, 190-191, 198-199, 201-202, 211, 214, 226-228, 233, 236-239, 242-243, 254, 257-262, 265, 336-341, 343-347, 348-349, 351-353, 356, 358-359, 377, 380-388, 390-398, 402-403, 407, 409, 427-429, 433-434, 440, 442, 449, 457, 464-474, 487, 490, 514-518, 537, 541, 545, 547, 554, 556, 560, 562, 566, 573, 580, 589, 596-597, 599, 604-605, 618-620, 630-632, 639, 642-644, 677-679, 696, 699, 104(1), 104(3)-104(4), 108(1)-108(3), 127(1), 127(3)-127(4), 129(1)-129(6), 134(2), 149(1), 182(1), 198(1), 215(1), and 236(1)-236(2), representing 172 pages in total. This production reflects pages reprocessed after the FBI's review of records in light of documents Plaintiff provided, *see* ECF 69, as further described in the First Seidel Declaration, ECF 90, ¶¶ 10-12, 19-25.  (**Ex. E.**)

9. On July 22, 2020, the FBI made its sixth release, addressing Bates-numbered pages 18-cv-01635-260, 348, 359, and 445. This production reflects the FBI's reprocessing of various pages upon completion of the Vaughn Index, as further described in the Second Seidel

DECLARATION OF MICHAEL G. SEIDEL
[2:18-CV-01635-JCC] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Declaration, ECF 95, ¶ 6. **(Ex. F.)**

10. On August 11, 2020, the FBI made its seventh release, addressing Bates-numbered pages 18-cv-01635-726 through 18-cv-01635-749. This production reflects the FBI's processing of a signed statement of Mr. Forsythe regarding the circumstances around Howard Hughes' missing person status from FBI file 62-LV-582, as further described in the Third Seidel Declaration, ECF 100, ¶ 4. **(Ex. G.)**

11. On August 12, 2020, the FBI made its eighth release, addressing Bates-numbered pages 18-cv-01635-750 through 18-cv-01635-800. This production reflects the FBI's processing of additional serials from FBI file 62-LV-582, as further described in the Third Seidel Declaration, ECF 100, ¶ 7. **(Ex. H.)**

12. On August 18, 2020, the FBI made its ninth release, addressing Bates-numbered pages 18-cv-01635-801 through 18-cv-01635-820. This production reflects the FBI's processing of serials from FBI file 62-HQ-99801, as further described in the Fourth Seidel Declaration, ECF 103, ¶ 4. **(Ex. I.)**

13. On August 20, 2020, the FBI made its tenth and final release, addressing Bates-numbered pages 18-cv-01635-265, 349, 360, 415, 479, and 687, as further described in the Fourth Seidel Declaration, ECF 103, ¶ 5. This final production reflects six pages in which it released the name of former Assistant Special Agent in Charge ("ASAC") George Fisher in his official capacity as the ASAC of the FBI's Seattle Field Office. The FBI determined that, unlike some similar offices, the Seattle Field Office lists the names of its ASACs on the FBI's public website; while no such website existed in the 1980s at the time ASAC Fisher's name appeared in the documents, the FBI determined it could release ASAC Fisher's name in this context. **(Ex. J.)**

DECLARATION OF MICHAEL G. SEIDEL
[2:18-CV-01635-JCC] - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through J attached hereto are true and correct copies.

Executed this 19th day of May 2021.

*[signature]*

MICHAEL G. SEIDEL
Section Chief
Record/Information Dissemination Section
Information Management Division
Federal Bureau of Investigation
Winchester, Virginia

DECLARATION OF MICHAEL G. SEIDEL
[2:18-CV-01635-JCC] - 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970